UNITED STATES DISTRICT COURT
Southern District of Florida - Miami Division

Civil Action No.: **09-CIV-61584-DIMITROULEAS/SNOW**

**HERCIUS PIERRE,**
and other similarly-situated individuals,

    Plaintiff(s),

v.

**UPCHURCH MANAGEMENT COMPANY, INC.**
A Florida Corporation, **JAMES UPCHURCH, JR.,**
as individual,

    Defendant(s)

_____/

**Summons in a Civil Action**

TO:    UPCHURCH MANAGEMENT COMPANY, INC.
through its registered agent
**JAMES R. UPCHURCH, JR.**
1439 S. POMPANO PKWY. #300
POMPANO BEACH FL 33069

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

    Anthony M. Georsges-Pierre, Esq.
    Remer & Georges-Pierre, PLLC
    11900 Biscayne Blvd., STE 288
    North Miami, FL 33181

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**October 05, 2009**
Date: _____, 2009



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Gregory Maestre
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: __09-CIV-61584-DIMITROULEAS/SNOW__

HERCIUS PIERRE,
and other similarly-situated individuals,

   **Plaintiff,**

v.

UPCHURCH MANAGEMENT COMPANY, INC.,
And JAMES UPCHURCH, JR.,

   **Defendants.**
_____/

## SUMMONS IN A CIVIL CASE

TO:   JAMES R. UPCHURCH, JR.
      1439 S. POMPANO PKWY., #300
      POMPANO BEACH, FL 33069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC
11900 BISCAYNE BLVD.
SUITE 288
MIAMI, FL 33181

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**October 05, 2009**



**SUMMONS**   DATE

Steven M. Larimore
Clerk of Court

s/Gregory Maestre
Deputy Clerk
U.S. District Courts